Glenn Deshon Green #1050319
Name and Inmate Booking Number

Northern Nevada Correchonal Center
Place of Confinement

Po Box 7000 lm
Mailing Address

Carson City, NV 89702
City, State, Zip Code

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Glenn Green ,
                                    Plaintiff

vs.

(1)  Legrand ,

(2)  Lt Preston ,

(3)  Lt Clark ,

(4)  C/O Shevedsha ,

(5)  C/O Ocivillo ,
                                    Defendant(s).

Case No. _____
(To be supplied by Clerk of Court)

### CIVIL RIGHTS COMPLAINT
### BY AN INMATE

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

☑ Jury Trial Demanded

### A.    JURISDICTION

1)    This Court has jurisdiction over this action pursuant to:

☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
☐ Other: _____

2)    Institution/city where Plaintiff currently resides: Carson City, Northern Nevada Correctional Center

3)    Institution/city where violation(s) occurred: Lovelock Correctional Center, Lovelock

### B.    DEFENDANTS

1. Name of first Defendant: _LeGrand_. The first Defendant is employed as: _Associate Warden_ at _Love Lock Correctional Center_.

   (Position of Title)                    (Institution)

2. Name of second Defendant: _Preston_. The second Defendant is employed as: _Lieutenant_ at _Love Lock Correctional Center_.

   (Position of Title)                    (Institution)

3. Name of third Defendant: _Clark_. The third Defendant is employed as: _Lieutenant_ at _Love Lock Correctional Center_.

   (Position of Title)                    (Institution)

4. Name of fourth Defendant: _C/O Shevedsha_. The fourth Defendant is employed as: _Correctional Officer_ at _Love Lock Correctional Center_.

   (Position of Title)                    (Institution)

5. Name of fifth Defendant: _C/O Davillo_. The fifth Defendant is employed as: _Correctional Officer_ at _Love Lock Correctional Center_.

   (Position of Title)                    (Institution)

**If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.**

### C.    NATURE OF THE CASE

Briefly state the background of your case.

While incarcerated in the NDOC there was a Greenlight hit ordered that has followed me from institution to institution, we notified everyone from wardens down to case-workers to no avail. C/O's have co-conspired with inmates on multiple occassions by giving inmates my personal property, and even allowing inmates out of their cells in Seg against policy, and turn a blind eye while inmates attempt to pry open my cell door intermittingly for hours to attempt to carry out the hit. My only means of assured saftey was to go on suicide watch where I remained on and off for three three months, and was subject to inhumane treatment at the hands of prison officials.

B. DEFENDANTS

6. Name of Sixth Defendant: __C/O Cook__ . The Sixth Defendant is employed as:
__Correctional Officer__ at __Love Lock Correctional Center__
( Position Title )                    ( Institution )

7. Name Of Seventh Defendant: __C/O Gonzales__ The Seventh Defendant is employed as:
__Correctional officer__ at __Love Lock Correctional Center__.

8. Name Of eigth Defendant: __C/O  John Doe #1__ The eigth Defendant is employed as:
__Correctional officer__ at __Love Lock Correctional Center__

9. Name Of ninth Defendant: __C/O Jane Doe__ The ninth Defendant is employed as:
__Correctional officer__ at __Love Lock Correctional Center__

10. Name of tenth Defendant: __C/o John Doe #2__ . The tenth Defendant is employed as:
__Correctional officer__ at __Love Lock Correctional Center__

11. Name of eleventh Defendant: __Dr. Carroll__ The eleventh Defendant is employed as:
__Mental Health Provider__ at __Love lock and Northern Nevada correctional center__

12. Name Of twelve Defendant: __C/O Trinidad__ The twelve Defendant is employed as:
__Correctional Officer__ at __Love lock Correctional Center__

13. Name of thirteenth Defendant: __MS Bellenger__ the thirteenth Defendant is employed as
__Caseworker II__ at __Love lock Correctional center__

### D.     CAUSE(S) OF ACTION

### CLAIM 1

1. State the constitutional or other federal civil right that was violated: 8th Amendment

2. **Claim 1**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities      ☐ Medical care      ☐ Mail

   ☐ Disciplinary proceedings      ☐ Exercise of religion      ☐ Property

   ☐ Access to the court      ☐ Excessive force by officer      ☐ Retaliation

   ☑ Threat to safety      ☑ Other: Failure To Act

3. **Date(s) or date range** of when the violation occurred: 7/20/24 - 9/3/24 .

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

While housed at Lovelock Correctional Center's segregation unit on Adseg due to Saftey + Security issues that followed from prior institutions 7/20/24 (morning shift) C/O Shevedsha allowed multiple inmates on the tier against policy; and a few were hidden in the unit shower taunting me with death threats. C/O Trinidad was the floor officer and rookie at the time and had first hand knowledge of the inmates hiding in the showers (unlocked) against policy + procedure, and while the inmates yelled threats; and did nothing. John Doe #1 was another floor officer whom served the evening meal, and while inmate hurled threats and disrespectful statements, he laughed and made jokes with the inmates. Someone yelled something to the degree of me being a "PC" (couldn't make it out) but the John Doe #1 replied "Oh Hell no I'm not saving one of those!" Then they (inmates) began yelling "his bitch ass gonna try to run out" meaning if my door got open'd I would try to run out of my cell. The John Doe #1 then place a green plastic chair in front of my cell door. 7/20/24 C/O Shevedsha left the control tower after chao was served and C/O Ocuvillo took over in the control tower, inmates began to emerge out of the unlocked showers onto the tier, and were trying to get get C/O Ocuvillo to open my cell door as well, because at this time she began to open cell doors on both sides of the tier (eastside and west side) Against policy + procedure. 7/20/24 C/O John Doe #2 came in for shift change (night shift) And inmates were still roaming the

3

- Continue -
## D. CAUSE OF ACTION
### CLAIM 1

tier. Between the hours of 9:00pm - 5am shift change. C/o John Doe #2 turned a blind eye, while inmates tried to pry open my cell door intermittingly for hours, (in front of the bubble, on camera) C/o John Doe #2 even did a walk while it was actively happening and laughed and kept on walking. 7/21/24 C/o Cook was the morning floor officer along with the C/o Jane Doe, and they allowed multiple inmates multiple inmates out on tier against policy: Procedure and turned a blind eye while two inmates attempted to pry open my cell door while it was actively happening C/o Jane Doe was doing a walk, and just shook her head with a shocked expression on her face. 7/21/24 C/o Gonzales was a night floor officer who allowed multiple inmates out on the tier against policy & procedure while inmates shouted obscenities, and threats. 7/22/24 Due to the immense danger I went on suicide watch as a last resort for assured safety. While on suicide watch I spoke to the associate warden of LCC (M/S Legrand) and she asked me why I wouldn't come off of suicide watch and go back to seg, and I explained to her that the officers were allowing inmates out on tier and allowing them to try to pry open my cell door; and her response was "Oh I highly doubt that they're allowing inmates out on the tier in Seg." She never once looked into my claims. And & I also spoke to her a few days befor I was shipped from Love lock due to being on suicide watch too long; and she just tried to talk me off of suicide watch to go back to seg so that they could close that part of the infirmary because they had to pay c/o's overtime to work that a part of the infirmary that was closed until I began going on suicide watch.

Continue

## D. CAUSE OF ACTION
## CLAIM 1

While on suicide watch between 7/22/24 - 10/21/24 Dr Carroll was the mental health Provider whom inmates had to see via video visit every ~~tuesd~~ tuesday or wednesday to see if they'd be released off of suicide watch. Every time I would go to see Dr Carroll she would try to talk me into getting off of suicide watch, but when I would explain my saftey and security risk, she would tell me that has nothing to do with her that is a security issue. While on Suicide watch at LLCC I spoke to Lt. Preston who inquired about why I was on suicide watch and I explained to him that c/o's were allowing inmates out on teir, and allowing them to try and pry open my cell door and he talked me off of suicide watch (without talking to the provider, which is mandatory) and took me back to Seg, claiming he was going to show me why guys couldn't pop the door open manually, but had the escorting officer place me in my cell and just left. Caseworker Ms Bellonger came to try to talk me off of suicide watch and I explained to her the saftey and secualy risk of Seg, and she became very angry and dismissed my claims without looking into them at all.

36 3B

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: _8th Amendment_

2. **Claim 2**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☑ Basic necessities     ☐ Medical care     ☐ Mail

   ☐ Disciplinary proceedings     ☐ Exercise of religion     ☐ Property

   ☐ Access to the court     ☐ Excessive force by officer     ☐ Retaliation

   ☐ Threat to safety     ☐ Other: _____

3. **Date(s) or date range** of when the violation occurred: _7/22/24 - 8/24/24_ .

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

   While on suicide watch at Lovelock correctional center, at one point of time I went beyond the 72 hour mark without a shower, and the night officer called his shift command after I informed him that I hadn't showerd in over 72 hours. Lt Clark whom I had a prior incident with about me going on hunger strike while on suicide watch, told the night officer that I couldn't shower until it was approved by a doctor which is a fallacy. I even argued with the night officer who knew that wasn't policy, but it was a call from over his head he explained.

## CLAIM 3

1.  State the constitutional or other federal civil right that was violated: _____

    _____

2.  **Claim 3**. Identify the issue involved.  Check **only one**.  State additional issues in separate claims.

    ☐ Basic necessities       ☐ Medical care       ☐ Mail

    ☐ Disciplinary proceedings    ☐ Exercise of religion       ☐ Property

    ☐ Access to the court       ☐ Excessive force by officer     ☐ Retaliation

    ☐ Threat to safety       ☐ Other: _____.

3.  **Date(s) or date range** of when the violation occurred: _____.

4.  **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3.  Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

**If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.**

5

### E.    PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while incarcerated?    ☐ Yes    ☑ No

2.  Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)?    ☐ Yes    ☑ No

3.  If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?"    ☐ Yes    ☑ No

### F.    REQUEST FOR RELIEF

I believe I am entitled to the following relief: $50,000 punitive damages for ~~the~~ see to it the NDOC isn't lackadasical with the next inmate in a similar situation.

$50,000 Compensatory damages for the pain and suffering of being subject to the possibility of harm or death; mental anguish of anxiety and nightmares/ P.T.S.D, Humiliation And the inhumane treatment Of being forced to go onto suicide watch for saftey, and be housed in Segregation and Cannot program, and or properly prepare to reintergrate back into society.    (interstate Compact)

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(name of person who prepared or helped
prepare this complaint if not the plaintiff)

_____
(signature of plaintiff)

12/9/25
(date)

### ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.

6