**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GLENN GREEN,

Plaintiff

v.

LEGRAND, et al.,

Defendants

Case No.: 3:25-cv-00647-MMD-CSD

**Order**

Re: ECF No. 15

The Attorney General's Office filed a notice that it accepts service for defendants Bobby Preston, Michael Cook, and Vhernan Trinidad, but it is unable to identify defendants Shevedsha and Ocivillo and will need more time to identify these individuals. (ECF No. 15.)

The Attorney General's Office is directed to meet and confer with Plaintiff to attempt to identify the two remaining defendants for service and file a status update regarding identification and acceptance of service of these two defendants on or before **October 19, 2026**.

**IT IS SO ORDERED**.

Dated: September 28, 2026

Craig S. Denney
United States Magistrate Judge