**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GLENN GREEN,

Plaintiff

v.

LEGRAND, et al.,

Defendants

Case No.: 3:25-cv-00647-MMD-CSD

**Order Re: Service of Process**

The Office of the Attorney General did not accept service of process on behalf of defendant Mishawn Azevedo. (ECF No. 17.) The Attorney General's Office has filed the last known address of defendant Mishawn Azevedo under seal. (ECF No. 18.)

The Clerk shall kindly **ISSUE** a summons for Mishawn Azevedo, and **SEND** the same to the U.S. Marshal with the address provided under seal. (ECF No. 18.) The Clerk shall also **SEND** sufficient copies of the operative complaint (ECF No. 11), the screening order (ECF No. 13), and this Order to the U.S. Marshal for service on the defendant. The court will separately provide to the U.S. Marshal a completed USM-285 form for the defendant.

Plaintiff is reminded that December 3, 2026, is the deadline to complete service of process pursuant to Federal Rule of Civil Procedure 4(m). (*See* ECF No. 14.)

**IT IS SO ORDERED**.

Dated: October 20, 2026

Craig S. Denney
United States Magistrate Judge